DENNIS M. PRINCE
Nevada Bar No. 5092
IAN C. ESTRADA
Nevada Bar No. 12575
**PRINCE | KEATING**
9130 West Russell Road, Suite 200
Las Vegas, Nevada  89148
(702) 228-6800 Telephone
(702) 228-0443 Facsimile
DPrince@PrinceKeating.com
IEstrada@PrinceKeating.com

DAVID FASSETT
Nevada Bar No. 6968
VICTOR CARDOZA JR.
Nevada Bar No.5599
**FASSETT & CARDOZA**
1137 South Rancho Drive, Suite B
Las Vegas, Nevada 89102
Attorneys for Plaintiff
*CLAUDIA GASTELUM*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDIA GASTELUM,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE, doing business as AMERICAN FAMILY MUTUAL INSURANCE, a Wisconsin corporation; CINEMA GREENBERG, Esq., Individually; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.:   2:15-CV-126-JAD-VCF<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS CINEMA GREENBERG<br>[First Request] |

PRINCE | KEATING
ATTORNEYS
9130 W. RUSSELL RD.
SUITE 200
LAS VEGAS, NEVADA  89148
PHONE: (702) 228-6800

Page 1 of 2

**IT IS HEREBY STIPULATED AND AGREED** by undersigned counsel that the deadline for Plaintiff's Opposition to Defendant's Rule 12(b)(6) Motion to Dismiss Defendant Cinema Greenberg, currently due on March 26, 2015, shall be extended an additional two weeks. Plaintiff shall have up to and until April 9, 2015 to file her Opposition to said Motion.

| | |
|---|---|
| Dated this 27th day of March, 2015. | Dated this 27th day of November, 2015. |
| PRINCE | KEATING | HUTCHISON & STEFFEN, LLC |
| /s/ Ian C. Estrada | /s/ Scott A. Flinders |
| DENNIS M. PRINCE | SCOTT A. FLINDERS |
| Nevada Bar No. 5092 | Nevada Bar No. 6975 |
| IAN C. ESTRADA | TODD W. PRALL |
| Nevada Bar No. 12575 | Nevada Bar No. 9154 |
| 9130 West Russell Road, Suite 200 | 10080 W. Alta Drive, Suite 200 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89145 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

<u>ORDER</u>

IT IS SO ORDERED.

Dated:  March 27, 2015.

_____
UNITED STATES DISTRICT JUDGE

PRINCE | KEATING
ATTORNEYS
9130 W. RUSSELL RD.
SUITE 200
LAS VEGAS, NEVADA 89148
PHONE: (702) 228-6800